**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

HAROLD MILLER, et al.,

                Plaintiffs,

vs.                                   Case No. 3:09-cv-585-J-32MCR

AMERICA'S HOME PLACE, INC.,

                Defendant.

_____

## ORDER

This case is before the Court on the Magistrate Judge's March 2, 2011 Report and Recommendation (Doc. 34). No objections were filed and the time in which to do so has now passed. Upon independent de novo review, it is hereby

**ORDERED**:

1.      The Magistrate Judge's Report and Recommendation (Doc. 34) is **ADOPTED** as the opinion of the Court.

2.      The parties' Second Supplemental Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 33) is **GRANTED** to the extent that the Settlement Agreement is **APPROVED.**

3.      This case is **DISMISSED WITH PREJUDICE**.

4.      The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 11th day of April, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record